UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GUY MALOON, | ) |
|       Plaintiff | ) |
| v. | ) Civil No. 07-81-P-S |
| BARBARA BARNETT, | ) |
|       Defendant | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983, and seeks leave to proceed in forma pauperis. Plaintiff's Letter Motion for leave to Proceed In Forma Pauperis is incomplete, in that there is no ledger, certified by an appropriate official, showing the activity in Plaintiff's prisoner account with the Maine Correctional Center nor State Prison for the last six months. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u> (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or was confined") (emphasis added). Nor has plaintiff provided a statement under oath detailing his assets and income.

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Amended Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than May 23, 2007, failing which I will issue a recommendation that this matter be dismissed for lack of prosecution.

      *SO ORDERED*

Dated May 3, 2007

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge