## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **GUY MALOON,** )  )  **Plaintiff** ) )  v. ) )  **BARBERA BARNETT,** )  )  **Defendant** ) | Civil No.   07-81-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 22) filed March 21, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Dismiss (Docket No. 17) is **DENIED** without prejudice.  Plaintiff, Guy Maloon, has an extension until May 2, 2008 to respond to the pending Motion for Summary Judgment.

                                                          /s/ George Z. Singal
                                                    Chief United States District Judge

Dated this 15th day of April, 2008.