## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GUY MALOON, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )   Civil No.   07-CV-81-P-S |
| | ) |
| BARBARA BARNETT, | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 25) filed May 7, 2008 is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED.**

　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 30th day of May, 2008.