UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| GUY MALOON, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) **Civil No. 07-81-P-S |
| BARBERA BARNETT, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 2, 2008, her Recommended Decision (Docket No. 32). Plaintiff filed his Objection to the Recommended Decision (Docket No. 34) on July 17, 2008. The Defendant filed its response to Plaintiff's Objection (Docket No. 35) on July 21, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.        It is hereby **ORDERED** that Plaintiff's Motion for Relief from Judgment (Docket No. 28) is **DENIED** for lack of showing that he is entitled to relief. In addition, Plaintiff's two Motions to Appoint Counsel are **DENIED AS MOOT.**

                                              /s/George Z. Singal_____
                                              Chief U.S. District Judge

Dated: July 23, 2008